IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RAYMOND D. CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:05-CV-00073<br><br>**ORDER** |

On January 13, 2006, this Court entered an *Order* [4] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [7] on April 28, 2006. Having carefully reviewed the entire record in this case, because the Magistrate Judge's recommendation was made upon the *Motion* of the Defendant and with the consent of the Plaintiff, and because neither party objected within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety.

Accordingly, it is this day **adjudged** and **ordered** as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed April 28, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's *Report*, the case is remanded to the Commissioner under Sentence 6 of 42 U.S.C. §405(g).

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate

Judge Crigler.

ENTERED this 23rd day of May, 2006.

                                                                       s/Jackson L. Kiser
                                                                       Senior United States District Judge